Audrey LOCKE, Appellant,

v.

UNITED STATES of America, Appellee.

No. 02–3152.

United States Court of Appeals, Eighth Circuit.

Submitted May 7, 2003.

Decided May 27, 2003.

Before MELLOY, FAGG, and SMITH, Circuit Judges.

final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

PER CURIAM.

Audrey Locke appeals the district court's[1] dismissal of her emotional-distress claims brought under the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.* Having carefully reviewed the record and the parties' arguments on appeal, we agree with the district court that it lacked jurisdiction over those claims. Thus, the court properly dismissed her complaint. *See* 28 U.S.C. § 2680(h); *Sheridan v. United States,* 487 U.S. 392, 399, 108 S.Ct. 2449, 101 L.Ed.2d 352 (1988); *Stratmeyer v. Engberg,* 649 N.W.2d 921, 925 (S.D.2002).

Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Charles B. Kornmann, United States District Judge for the District of South Dakota.